

Entered on Docket
June 18, 2009

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Wells Fargo Bank, N.A.
08-79069 / 0085268803

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

Wilmer J. Rodriguez

          Debtors.

BK-S-08-24767-mkn

MS Motion No.
Date: 6/17/09
Time:

Chapter 13

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 3 Monthly Payments at $1,794.57 (March 1, 2009-May 1, 2009) | $5,383.71 |
| 2 Late Charges at $71.78 each | $ 143.56 |
| Attorneys Fees | $ 750.00 |
| Attorney costs | $ 150.00 |
| Less suspense | -($ 5.43) |
| Total Amount due through | $6,421.84 |

The above arrearage shall be paid in six (6) monthly installments of $1,070.31. These payments shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the June 20, 2009 payment and continuing throughout and concluding on or before November 20, 2009.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the June 1, 2009 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 1340 N. Red Hollow Dr., Las Vegas, NV 89031, and legally described as follows:

Lot Eleven (11) in Block Fifteen (15) of ELDORADO R1-65 NO. 4, as shown by Map thereof recorded July 25, 1990 on file in Book 46 of Plats, page 82 in the office of the County Recorder of Clark County, Nevada, and by Certificate of Amendment, recorded April 19, 1991 in Book 940419 of Official Records as Document No. 00810.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to

Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By /s/ Gregory L. Wilde
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Rick A. Yarnall

By /s/ 6-9-09

Rick A. Yarnall
Chapter 13 Trustee
701 Bridger Avenue #820
Las Vegas, NV 89101

Elizabeth R. Deflyer

By /s/

Elizabeth R. Deflyer
Attorney for Debtors
1020 Garces Ave.
Las Vegas, NV 89101

Nevada Bar No. 10601